Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com
Attorneys for Plaintiffs:
CARMEN JOHN PERRI

**LARRY ROTHMAN & ASSOCIATES**
LARRY ROTHMAN - State Bar No. 72451
Weir Canyon Corporate Center
160 S. Old Springs Road, Suite 170
Anaheim Hills, California 92808
(714) 363 0220 Telephone (714) 363 0229 Facsimile
tocollect@aol.com E-Mail
Attorney for Defendants,
RUIYAN ZHANG, DAE CHOONG KIM and JAE JEONG KIM, trustees of the KIM FAMILY TRUST DATED APRIL 26. 2006

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUIYAN ZHANG, an individual; DAE CHOONG KIM and JAE JEONG KIM, trustees of the KIM FAMILY TRUST DATED APRIL 26, 2006; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00185-DOC-DFM<br><br>Hon. David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  January 31, 2019<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, CARMEN JOHN PERRI, and Defendants, RUIYAN ZHANG and DAE CHOONG KIM and JAE JEONG KIM (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action within thirty (30) days, pending completion of certain terms of the confidential settlement agreement.

Dated: April 22, 2019          **MANNING LAW, APC**

By:    */s/ Michael J. Manning, Esq.*
       Michael J. Manning, Esq.
       Joseph R. Manning, Jr., Esq.
       Tristan P. Jankowski Esq.
       Attorneys for Plaintiff,
       CARMEN JOHN PERRI

Dated: April 22, 2019          **LARRY ROTHMAN & ASSOCIATES**

By:    */s/ Larry Rothman, Esq.*
       Larry Rothman
       Attorney for Defendant,
       RUIYAN ZHANG, DAE CHOONG KIM and JAE JEONG KIM, trustees of the KIM FAMILY TRUST DATED APRIL 26. 2006

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                            Respectfully submitted,

Dated: April 22, 2019                        **MANNING LAW, APC**

                                By:   */s/ Michael J. Manning, Esq.*
                                          Michael J. Manning, Esq.
                                          Joseph R. Manning, Jr., Esq.
                                          Tristan P. Jankowski Esq.
                                          Attorneys for Plaintiff,
                                          CARMEN JOHN PERRI